IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:13cr474 |
| Plaintiff, | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| TERRANCE DOWLEN, | ) | |
| Defendant. | ) | <u>ORDER</u> |

This matter was before the Court on August 31, 2021, for hearing on the Government's request for revocation of Defendant's supervised release.  The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on June 4, 2021, at which time the Defendant was advised of the following violations: 1) Violation of Standard Condition of Supervision that requires Mr. Dowlen to report to the probation officer as directed; 2) Neglected to Comply with Mental Health Treatment; and 3) Neglected to Attend Cognitive Behavioral Program.  The Magistrate Judge issued a Report and Recommendation on the same date.  The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of his supervised release. Defendant's supervision to continue with the same conditions as previously imposed and continued attendance in the Reentry Program Session.

IT IS SO ORDERED.

DATED: September 7, 2021

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE