IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:13cr474 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE DOWLEN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on December 28, 2021, for hearing on the

Government's request for revocation of Defendant Terrence Dowlen's supervised release. The

Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge Jonathan

D. Greenberg on December 15, 2021, at which defendant was advised of the following violations

contained in the Violation Report ("Report"):

1) Violation of Standard Condition to report to the probation officer as directed;
2) Neglected to Comply with Substance Abuse Treatment and Testing; and
3) Unauthorized Use of Drugs. The defendant admitted to Violations contained in the Report.

The Courts adopts the Report and Recommendation of Magistrate Judge Jonathan D.

Greenberg and finds Defendant in violation of supervised release. Defendant's supervision to

continue with the same conditions as previously imposed with the following added condition:

**Residential Reentry Center –** As a condition of supervised release, the person on supervision shall

reside in a Residential Reentry Center (RRC) for a period of four (4) months. While at the RRC, Mr.

Dowlen shall abide by the rules and regulations of the facility. Additionally, he shall be permitted to

leave the RRC for employment assistance meetings or employment, worship, medical, treatment

appointments, and probation appointments.

IT IS SO ORDERED.

<u>s/ Christopher A. Boyko</u>
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: December 29, 2021