IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:13-cr-00474 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Senior Judge Christopher A. Boyko |
| | ) | |
| TERRANCE DOWLEN, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on October 13, 2022, for hearing on the

Government's request for revocation of Defendant Terrance Dowlen supervised release.

The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan

D. Greenberg on September 28, 2022, at which time the Defendant admitted set forth on

the record to the following violation:

Violation 1 through 6: Unauthorized Use of Drugs;

The Magistrate Judge issued a Report and Recommendation on September 28, 2022.

The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1 through 6 and revokes

supervised release. The Defendant sentenced to the custody of the Bureau of Prisons 12

months custody with no term of supervised release to follow.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 13, 2022